UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN SHELBY STARTZ,<br><br>Plaintiff(s),<br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD, et al.,<br><br>Defendant(s). | CASE NO. C26-5635-KKE<br><br>ORDER GRANTING MOTION FOR SERVICE BY THE U.S. MARSHALS SERVICE |

Plaintiff Sherman Shelby Startz proceeds *pro se* and *in forma pauperis* ("IFP"), and has filed claims against the Merit Systems Protection Board and Michael S. Shachat. *See* Dkt. No. 10. This matter comes before the Court on Startz's motion for an order directing service by the United States Marshals Service. Dkt. No. 16.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Plaintiff's motion (Dkt. No. 16) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the amended complaint (Dkt. No. 10), Plaintiff's motion (Dkt. No. 16), and the summonses for each Defendant (Dkt. No. 15) to the United States Marshal or Deputy Marshal by August 7, 2026.

(2) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by December 7, 2026 and shall file proof of service once completed.

Dated this 31st day of July, 2026.

Kymberly K. Evanson
United States District Judge