UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN SHELBY STARTZ,<br><br>Plaintiff(s),<br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD, et al.,<br><br>Defendant(s). | CASE NO. C26-5635-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion. On August 18, 2026, Plaintiff Sherman Shelby Startz, Jr., proceeding *pro se* and *in forma pauperis* ("IFP"), moved for leave to file a second amended complaint. Dkt. No. 20. Before resolving this motion, the Court ORDERS Plaintiff to file a response addressing the following issues no later than September 18, 2026:

1. Whether this case should be consolidated with Case No. 25-6121, *Startz v. Department of Defense*, which is also pending before the undersigned judge.
2. Whether there are other related actions pending in this Court or others, and if so, identifying all such actions by their full name, case number, the Court in which each case is filed, and explaining whether they have any bearing on this case or Case No. 25-6121.

   Plaintiff's response to this order shall be no longer than five pages.
3. The Clerk is directed to re-note the pending motion to amend (Dkt. No. 20) for September 18, 2026.

Dated this 3rd day of September, 2026.

Kymberly K. Evanson
United States District Judge