UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN SHELBY STARTZ,<br><br>Plaintiff(s),<br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD, et al.,<br><br>Defendant(s). | CASE NO. C26-5635-KKE<br><br>ORDER MEMORIALIZING ORAL RULINGS ON DISCOVERY DISPUTE AND GRANTING PLAINTIFF'S MOTION FOR SERVICE BY US MARSHALS |

The Court held a discovery conference on November 4, 2026, and hereby memorializes its oral rulings. Discovery in this case, including exchange of initial disclosures, is stayed pending the Court's resolution of Defendants' forthcoming motion to dismiss, which is to be filed no later than November 30, 2026.

Plaintiff's pending motion for service by the Marshals is GRANTED[1] (Dkt. No. 34) except as to defendant Michael S. Shachat, because Plaintiff dismissed Mr. Shachat from the case on November 5, 2026. Dkt. No. 38. Accordingly, the Court ORDERS as follows:

1. The Clerk shall provide a copy of this order, the amended consolidated complaint (Dkt. No. 33) and the summonses for the Department of Defense, the United States

[1] Though the Court indicated during the hearing that it did not believe service by the United States Marshal Service was appropriate, upon review of Plaintiff's motion, the Court determines that Plaintiff is entitled to the requested relief.

Attorney for the Western District of Washington, and the Attorney General of the United States (Dkt. No. 35-4, Dkt. No. 35-6, Dkt. No. 35-7) to the United States Marshal or Deputy Marshal by November 13, 2026.

2. The United States Marshal or Deputy Marshal shall serve Defendants with the summons and amended consolidated complaint by registered or certified mail and shall file proof of service once completed.

Dated this 6th day of November, 2026.

Kymberly K. Evanson
United States District Judge